```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                    DATE: September 10, 2007

JUDGE: William H. Walls

COURT REPORTER: Yvonne Davion

DEPUTY CLERK: Loretta McCall


Title of Case:                            Docket# 04-3945

OWENS v. TOWNSHIP OF IRVINGTON

Appearances:
Juan Fernandez, Esq. for Tammy Owens
John Mullahy, Esq. and Joan M. Gilbride, Esq. for Township of Irvington

Nature of proceeding: **Settlement Conference**

Settlement conference held.

Counsel indicated that matter settled.



Time Commenced 12:20 p.m.
Time Adjourned 12:30 p.m.


                                          S/ Loretta McCall
                                              Deputy Clerk