UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TAMMY OWENS

                                                             :      Civil Action No. 04-3945 (WHW)
                  Plaintiff(s)
                                                           :

    vs

CITY OF IRVINGTON, et al.              :      ORDER OF DISMISSAL

                  Defendant(s)        :

It has been reported to the Court that the above-captioned matter has been settled

It is on this   10TH   day of  September  2007

**ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

                                                                     S/ William H. Walls