**KAUFMAN BORGEEST & RYAN LLP**
9 Campus Drive
Parsippany, New Jersey 07054
(973) 451-9600
Attorneys for Defendants
Township of Irvington and Michael Chase

| | |
|---|---|
| POLICE AIDE TAMMY OWENS, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| vs. | CIVIL ACTION: 04-3945 (WHW) |
| TOWNSHIP OF IRVINGTON and MICHAEL CHASE, in his professional and individual capacity, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

The matter in difference in this action having been amicably adjusted by and between the parties, it is stipulated and agreed that this action is dismissed with prejudice and without costs as to all parties.

**PICILLO CARUSO O'TOOLE**
Attorneys for Plaintiff
Tammy Owens

By:_____
Juan C. Fernandez, Esq.

**KAUFMAN BORGEEST & RYAN LLP**
Attorneys for Defendants
Township of Irvington and Michael Chase

By:_____
John B. Mullahy

#640887