1

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEW JERSEY
         Civil No. 04-3945(WHW)
```

TAMMY OWENS,

       PLAINTIFF,

  V.                     Transcript of
                            Proceedings

TOWNSHIP OF IRVINGTON, et al,

       DEFENDANTS.

-----------------------------------

                         Newark, New Jersey
                         June 21, 2007

B E F O R E:   HONORABLE WILLIAM H. WALLS,
                UNITED STATES SENIOR JUDGE

A P P E A R A N C E S:

   JUAN C. FERNANDEZ, ESQ.
   (Picillo, Caruso & O'Toole)
   For Plaintiffs

   CASSANDRA T. SAVOY, ESQ.
   For Defendants

Also present:

   PATRICK TOSCANO, ESQ.


    - - - - - - - - - - - -

   Pursuant to Section 753 Title 28 United States Code, the following transcript is certified to be an accurate record as taken stenographically in the above-entitled proceedings.

                                     _____
                                     Yvonne Davion, CSR, CM
                                     Official Court Reporter